UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIME COGLES

   Plaintiff,

-vs-                                 CASE NO.:  6:16-CV-00582-GKS-TBS

WELLS FARGO BANK N.A., d/b/a
WELLS FARGO DEALER SERVICES,

   Defendant,
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JAIME COGLES, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JAIME COGLES, and Defendant, WELLS FARGO BANK N.A., d/b/a WELLS FARGO DEALER SERVICES, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Jacqueline A. Simms-Petredis, Esq., Burr & Forman LLP, 201 North Franklin Street Suite 3200, Tampa, FL   33602; (flservice@burr.com; jsimms-petredis@burr.com); R. Frank Springfield, Esq., Burr & Forman LLP, 200 South Orange Avenue, Suite 800, Orlando, FL   32801;(fspringfield@burr.com);

Rebecca S. Saelao and Elizabeth Holt Andrews, Severson & Werson, PC, One Embarcadero Center, Suite 2600, San Francisco, CA 94111 (rss@severson.com and eha@severson.com)

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              fkerney@forthepeople.com
                                              jkneeland@forthepeople.com
                                              cfallara@forthepeople.com
                                              Counsel for Plaintiff