UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAIME COGLES,

        Plaintiff,

v.                                          Case No:  6:16-cv-582-Orl-18TBS

WELLS FARGO BANK N.A.,

        Defendant.
_____

ORDER

The Court has been advised by the Plaintiff in the above-styled action that this case has been settled.  Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE AND ORDERED** at Orlando, Florida, this 27 day of March, 2017.

                                                                             G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record